FILED

2005 Apr-19  AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| BIRMINGHAM PLUMBERS AND STEAMFITTERS LOCAL 91 HEALTH AND WELFARE FUND, et al., | ) ) ) ) | |
| Plaintiffs | ) ) | Case No.  CV-04-AR-0743-S |
| vs. | ) ) | |
| RED SULLIVAN'S CONDITIONED AIR SERVICE, INC., | ) ) ) | |
| Defendant | ) | |

## FINAL JUDGMENT

On March 15, 2005, the magistrate judge's report and recommendation was entered with respect to plaintiffs' Motion for Default Judgment, and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge.  No objections have been filed by either plaintiffs or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore,

ORDERED, ADJUDGED and DECREED that the Motion for Default Judgment of plaintiff Birmingham Plumbers and Steamfitters Local 91 Health and Welfare Fund is due to be and hereby is GRANTED and judgment by default, in accordance with Rule 55(b), Fed.R.Civ.P., hereby is ENTERED against defendant Red Sullivan's Conditioned Air Service, Inc., and in favor of plaintiff Birmingham Plumbers and Steamfitters Local 91 Health and Welfare Fund in the amount of $60,135.96.

It is further ORDERED, ADJUDGED and DECREED that the Motion for Default Judgment of plaintiff Birmingham Plumbers and Steamfitters Local 91 Defined Contribution Pension Fund is due to be and hereby is GRANTED and judgment by default, in accordance with Rule 55(b), Fed.R.Civ.P., hereby is ENTERED against defendant Red Sullivan's Conditioned Air Service, Inc., and in favor of plaintiff Birmingham Plumbers and Steamfitters Local 91 Defined Contribution Pension Fund in the amount of $27,549.81.

Costs are taxed against defendant. This case is CLOSED.

DONE this 19th day of April, 2005.

**WILLIAM M. ACKER, JR.**
**UNITED STATES DISTRICT JUDGE**

2